1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
    11332 Mountain View Ave., Suite C
3      Loma Linda, California 92354
4      Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
5      E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CHRISTINA SANCHEZ, | No. EDCV 09-132 FMO |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND DOLLARS AND 00/100 ($3,000.00) subject to the terms of the stipulation.

    DATE:  8/9/10                        /s/

                          HON. FERNANDO M. OLGUIN
                          UNITED STATES MAGISTRATE JUDGE